UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ARAM KHACHATRYAN,** | ) | NO. CV 13-2892-JSL (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **LOUIS MILUSNIC, WARDEN,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 22, 2013

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE